No. 240. BRINKLEY v. PENNSYLVANIA RAILROAD CO. C. A. 3d Cir. Certiorari denied. *B. Nathaniel Richter* for petitioner. *Philip Price* and *Robert M. Landis* for respondent.

No. 311. GONDRON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *M. Gabriel Nahas, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 313. BEISTLINE v. CITY OF SAN DIEGO ET AL. C. A. 9th Cir. Certiorari denied. *Eli H. Levenson* for petitioner. *Aaron W. Reese* for the City of San Diego, and *Fred Kunzel* for the General Dynamics Corporation, respondents.

No. 315. I. C. SUTTON HANDLE FACTORY v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied. *Virgil D. Willis* and *Robert W. Cummins* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott* and *Dominick L. Manoli* for respondent.

No. 317. DAVIS, ADMINISTRATRIX, v. JONES, ADMINISTRATRIX, ET AL. C. A. 10th Cir. Certiorari denied. *W. F. Semple* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States, respondent.

No. 318. WILSON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *John C. Walters* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.